AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

STEFANO GORRIERI,

        Petitioner,

        v.

KERI ANNE JOHNSON,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5085-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Petitioner and against Respondent in the amount of $3,069.32 pursuant to the Order entered September 1, 2011, Ct. Rec. 49.

September 1, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Shirley Peters  
*(By) Deputy Clerk*  
Shirley Peters